# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136298 (109)(111)

GARY HENRY and ALL OTHERS
SIMILARLY SITUATED,
     Plaintiff-Appellee,

v

                                       SC: 136298
                                       COA: 266433

DOW CHEMICAL COMPANY,
     Defendant-Appellant.
                                       Saginaw CC: 03-047775-NZ

_____

       On order of the Chief Justice, motions for the temporary admission to practice of Christopher Landau and Teresa A. Woody are considered and they are GRANTED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2009                                _____
                                                Clerk